*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

ISOM MARTEZ NYGEL HAMILTON,

Defendant-Appellant.

UNPUBLISHED
March 25, 2021

No. 349984
Washtenaw Circuit Court
LC No. 18-000635-FC

Before: SWARTZLE, P.J., and RONAYNE KRAUSE and RICK, JJ.

RONAYNE KRAUSE, J. (*concurring*).

I concur in result only.

/s/ Amy Ronayne Krause

-1-